OCTOBER 21, 1957.

No. 158. ASHDOWN v. UTAH. Certiorari, 353 U. S. 981, to the Supreme Court of Utah. It is ordered that *J. Vernon Erickson, Esquire,* of Richfield, Utah, be appointed to serve as counsel for the petitioner in this case.

No. 170, Misc. O'CON v. BANNAN, WARDEN; and

No. 176, Misc. MULVANEY v. GOODMAN, PRINCIPAL KEEPER, NEW JERSEY STATE PRISON. Motions for leave to file petitions for writs of habeas corpus denied.

No. 186. BAIRD, ADMINISTRATRIX, v. NEW YORK CENTRAL RAILROAD Co. C. A. 2d Cir. Certiorari granted. *William Paul Allen* for petitioner. *Gerald H. Hendley* for respondent.

No. 382. FIRST UNITARIAN CHURCH OF LOS ANGELES v. COUNTY OF LOS ANGELES ET AL. Supreme Court of California. Certiorari granted. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *A. L. Wirin, Fred Okrand* and *Robert L. Brock* for petitioner. *Harold W. Kennedy* for respondents.

No. 129, Misc. CARITATIVO v. CALIFORNIA ET AL. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of California granted. *George T. Davis* for petitioner. *Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Assistant Attorney General, and *Arlo E. Smith,* Deputy Attorney General, for respondents.